# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**ROBERT BUFORD**                                                                          **PLAINTIFF**

**V.**                    **CASE NO.: 3:10CV00001-BD**

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration**                                                          **DEFENDANT**

## ORDER

For good cause shown, Defendant's unopposed motion for extension of time to file his response to Plaintiff's brief (docket entry #13) is GRANTED. The time is extended to, and including, July 9, 2010.

IT IS SO ORDERED this 10th day of June, 2010.

_____
UNITED STATES MAGISTRATE JUDGE