IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**ROBERT BUFORD**                                                                                      **PLAINTIFF**

V.                              **CASE NO.: 3:10CV00001-BD**

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration**                                                             **DEFENDANT**

## JUDGMENT

Pursuant to the Memorandum Opinion and Order filed in this matter on this date, it is considered, ordered and adjudged that the decision of the Commissioner is reversed and remanded for action consistent with the opinion in this case. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 25th day of February, 2011.

_____
UNITED STATES MAGISTRATE JUDGE